UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-12-2045-LRS |
| Plaintiff, | ) (CV-14-3181-LRS) |
| | ) |
| v. | ) **ORDER DENYING** |
| | ) **MOTION TO RECONSIDER** |
| CARL EUGENE GONDERMAN, | ) |
| Defendant. | ) |

**BEFORE THE COURT** is Defendant's "Motion To Reconsider" (ECF No. 54). Defendant asks the court to reconsider its "Order Denying 28 U.S.C. § 2255 Motion" (ECF No. 53).

This court's order is not clearly contrary to the U.S. Supreme Court's decision in *Descamps v. U.S.*, _____ U.S. _____, 133 S.Ct. 2276 (2013). *Descamps* did not address the "residual clause" of 18 U.S.C. § 924(e)(2)(B)(ii) which this court concluded encompasses Defendant's 2006 Yakima County Superior Court conviction for Attempting to Elude a Police Vehicle, RCW 46.61.024 (2003). In *Descamps*, the Supreme Court specifically noted the United States had "forfeited" an alternative argument that the petitioner's California burglary conviction qualified as a predicate offense under the "residual clause" and the Court "express[ed] no view on that argument's merits." *Descamps*, 133 S.Ct. at 2293, n. 6. Likewise, the Ninth Circuit's decision in *Navarro-Lopez*, 503 F.3d 1063 (9th Cir. 2007) did not involve the "residual clause" and is of no assistance to the Defendant.

**ORDER DENYING**
**MOTION TO RECONSIDER-    1**

The court will not reconsider its decision to not grant the Defendant a certificate of appealability.  This decision does not necessarily, however, preclude appellate review.  Defendant may file an express request that a circuit judge issue a certificate of appealability.  If no express request for a certificate is filed, Defendant's Notice of Appeal (ECF No. 55) constitutes such a request addressed to the judges of the court of appeals.  Fed. R. App. P. 22(b)(1) and (2).

Defendant's "Motion To Reconsider" (ECF No. 54) is **DENIED**.

**IT IS SO ORDERED**.  The District Executive shall forward a copy of this order to the Defendant.

**DATED** this ___7th___ of January, 2015.


*s/Lonny R. Suko*

LONNY R. SUKO
Senior United States District Judge

**ORDER DENYING
MOTION TO RECONSIDER-     2**