UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CARL EUGENE GONDERMAN,<br><br>    Defendant. | NO. CR-12-2045-LRS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CORRECT SENTENCE**<br><br><u>**USM ACTION REQUIRED**</u> |

For the reasons set forth therein, Defendant's "Unopposed Motion To Correct Sentence Under 28 U.S.C. §2255" (ECF No. 72) is **GRANTED**.

As Defendant is no longer considered an Armed Career Criminal pursuant to 18 U.S.C. §924(e), his current sentence is **VACATED**. Re-sentencing shall take place on **September 1, 2016 at 9:00 a.m. in Yakima**. Defendant shall be present at the re-sentencing. He will remain in custody pending re-sentencing. The United States Probation Office shall prepare an updated Pre-sentence Investigation Report (PSIR) and file the same no later than **August 18, 2016**. This report shall be served on counsel and the court. Any sentencing memoranda shall be served and filed no later than **August 25, 2016**.

**IT IS SO ORDERED**. The District Executive shall forward a copy of this order to counsel of record, to the U.S. Probation Office, and to the U.S. Marshal.

**DATED** this ___8th___ of July, 2016.

*s/Lonny R. Suko*
────────────────────────
LONNY R. SUKO
Senior United States District Judge

**ORDER GRANTING UNOPPOSED
MOTION TO CORRECT SENTENCE-   1**